[No. 5060–1. Division One. March 27, 1978.]

THE STATE OF WASHINGTON, *Respondent,* v. STEPHANIE MILLER, ET AL, *Appellants.*

Appeal from judgments of the Superior Court for King

County, No. 77466, William C. Goodloe, J., entered September 7 and November 3, 1976. *Affirmed* by unpublished opinion per James, J., concurred in by Farris, C.J., and Ringold, J.